# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128663

AUDREY BELL, LEO BEASLEY, BRENDA
BLACK, KIMBERLY BLEVINS, KATHLEEN
CONQUEST, VERONICA DORSETTE, LINDA
FACEY, JAYNE FLOYD, GRACE JENNINGS,
MARY OLIVER, TERRI SUTTON, ANGELA
TURNER, and ALCITA WILLIAMS,
       Plaintiff-Appellee,

v

MICHIGAN COUNCIL 25 OF THE AMERICAN
FEDERATION OF STATE, COUNTY, AND
MUNICIPAL EMPLOYEES, AFL-CIO, LOCAL
1023,
       Defendant-Appellant,

and

DENTRY BERRY and STEVEN MALACH,
Personal Representative of the ESTATE OF
YVONNE BERRY, Deceased,
       Defendants.
_____/

SC: 128663
COA: 246684
Wayne CC: 01-107819-NO

On order of the Court, the application for leave to appeal the February 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and CORRIGAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

Clerk

d1221